**UNITED STATES of America,**
**Appellee,**

v.

**Santiago VILLAGOMEZ–**
**LOPEZ, Appellant.**

**No. 04–2270.**

United States Court of Appeals,
Eighth Circuit.

Submitted: Jan. 18, 2005.

Decided: Jan. 19, 2005.

John Beamer, U.S. Attorney's Office, Des Moines, IA, for Plaintiff–Appellee.

Santiago Villagomez–Lopez, Leavenworth, KS, pro se.

Before WOLLMAN, MURPHY, and BENTON, Circuit Judges.

PER CURIAM.

Santiago Villagomez–Lopez appeals from the final judgment entered by the

district court[1] upon his guilty plea to an illegal-reentry charge, in violation of 8 U.S.C. § 1326(a). On appeal, his counsel has moved to withdraw and filed a brief under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), arguing that the district court did not exercise discretion in denying a downward departure for overrepresentation of criminal history. Having reviewed the record, we conclude that the district judge recognized that he had the authority to depart, properly based his decision on the facts of the case, and made a discretionary decision based on those facts. Having found no other nonfrivolous issues after reviewing the record independently under *Penson v. Ohio,* 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we affirm. We also grant counsel's motion to withdraw.

1. The Honorable Robert W. Pratt, United States District Judge for the Southern District